UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


DIANA CAROLINA LORA-OSORIO,

          Petitioner,

v.                                  Case No. 3:26-cv-1020-MMH-PDB

FACILITY ADMINISTRATOR,
Flager County Jail, et al.,

          Respondents.

_____

## **ORDER**

At 5:25 p.m. on April 23, 2026, Petitioner Diana Carolina Lora-Osorio, an immigration detainee, filed, through counsel, a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1; Petition). She argues, inter alia, that Respondents have improperly classified her under 8 U.S.C. § 1225(b) and subjected her to mandatory detention in violation of the Immigration and Nationality Act and the Fifth Amendment's Due Process Clause. See Petition at 7-8. As relief, she seeks immediate release. Id. at 9.

Minutes after filing the Petition, she also filed an Emergency Motion for a Temporary Restraining Order (Doc. 2; Motion). In the Motion, Lora-Osorio contends that "ICE intends to transfer [her] . . . on or about April 24, 2026." Motion at 1. She asks the Court to enjoin Respondents from transferring her

outside of the Middle District of Florida pending adjudication of the Petition. Id. at 6.

Counsel filed the Petition and Motion in the Tampa Division of this Court. On April 27, 2026, the case was transferred to the Jacksonville Division and assigned to the undersigned. See Order (Doc. 4). The Court immediately checked ICE's website, which reflects that Petitioner is now housed in El Paso, Texas.[1] Although her post-filing transfer does not affect this Court's jurisdiction to adjudicate the Petition,[2] it has rendered moot the relief requested in the Motion.

Nevertheless, considering the Petition and the Motion, the Court will expedite consideration of this case. Accordingly, it is

**ORDERED**:

1. Petitioner's Emergency Motion for a Temporary Restraining Order (Doc. 2) is **DENIED AS MOOT**.[3]

---

[1] See Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at https://locator.ice.gov/odls/#/search (last visited Apr. 27, 2026).

[2] See Rumsfeld v. Padilla, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release."); see also Elcock v. Streiff, 554 F. Supp. 2d 1279, 1282 (S.D. Ala. 2008) ("[J]urisdiction attaches upon the initial filing of the § 2241 petition and will not be destroyed by a petitioner's subsequent Government-effectuated transfer and accompanying change in physical custodian.").

[3] Petitioner's counsel must comply with Local Rule 6.01(c).

2.      The **Clerk of Court** shall send a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **certified mail** to the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530. All costs of service shall be advanced by the United States.

3.      Respondents, within **5 days** from the date of this Order, shall respond to the Petition, and show cause why the Petition should not be granted.

4.      If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

5.      The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

6.      After Respondents file a response, Petitioner shall have **5 days** to file a reply to Respondents' response.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of April, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

JAX-3 4/27
c:
Counsel of Record

4